

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00483-CR

David Michael **MARTIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-59-C2
The Honorable Matt Johnson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 18, 2014.

_____
Luz Elena D. Chapa, Justice